IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LUE ANN and JAMIE SELL, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv891-MHT |
| | ) | (WO) |
| BRYANT CHESTER, | ) | |
| | ) | |
|     Defendant. | ) | |

## JUDGMENT

In accordance with the joint stipulation of dismissal (doc. no. 12), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2011.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE